UNITED STATES of America ex rel. Frieda ACKERMANN, Appellant, v. J. L. O'ROURKE, Officer in Charge of Alien Internment Camp at Crystal City, Texas, Appellee.

No. 11883.

Circuit Court of Appeals, Fifth Circuit.

Nov. 14, 1947.

E. M. Grimes, of Taylor, Tex., for appellant.

Henry W. Moursund, U. S. Atty., and Joel W. Westbrook, Asst. U. S. Atty., both of San Antonio, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

UNITED STATES of America ex rel. Hans ACKERMANN, Appellant, v. J. L. O'ROURKE, Officer in Charge of Alien Internment Camp at Crystal City, Texas, Appellee.

No. 11882.

Circuit Court of Appeals, Fifth Circuit.

Nov. 14, 1947.

E. M. Grimes, of Taylor, Tex., for appellant.

Henry W. Moursund, U. S. Atty., and Joel W. Westbrook, Asst. U. S. Atty, both of San Antonio, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

UNITED STATES of America, Plaintiff-Appellee, v. Josef BELAND, Defendant-Appellant.

No. 25, Docket 20657.

Circuit Court of Appeals, Second Circuit.

Nov. 14, 1947.

Andrew J. Reisinger, of New York City (Raymond Tese, of New York City, of counsel), for defendant-appellant.

Irving J. Higbee, U. S. Atty., of Syracuse, N. Y., for plaintiff-appellee.

Before L. HAND, A. N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

UNITED STATES of America ex rel. Natale MICALIZZI, Relator-Appellant, v. W. Frank WATKINS, District Director of Immigration and Naturalization, etc., Respondent-Appellee.

No. 93, Docket 20799.

Circuit Court of Appeals, Second Circuit.

Nov. 14, 1947.

Dominic M. Mello, of Brooklyn, for relator-appellant.

John F. X. McGohey, U. S. Atty., of New York City (John F. Ryan, Asst. U. S. Atty., of New York City, of counsel), for respondent-appellee.

Before L. HAND, A. N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.